# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:19-cv-01989-SGC |
| BOWDON-WATKINS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff **D'Wanna Williams**, and Defendant **Bowdon-Watkins, LLC**, by and through their respective undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 2nd day of March, 2020.

_____  
Edward I. Zwilling, Esq.  
Attorney for Plaintiff  
Law Office of Edward I. Zwilling, LLC  
4000 Eagle Point Corporate Dr.  
Birmingham, Alabama, 35242  
Telephone: (205) 822-2701  
edwardzwilling@zwillinglaw.com

_____  
Michael C. Guarino, Esq.  
Attorney for Defendant  
Carr Allison  
100 Vestavia Parkway  
Birmingham, Alabama 35216  
Telephone: 205-822-2006  
mguarino@carrallison.com